**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

07 - CV - 0 2 2 1 5 -BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

CASEY B. FERRIS, JCID # P01000979,

      Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COMMISSIONERS,
TED MINKS, Jefferson County Sheriff, in his professional and personal capacity,
JEFFERSON COUNTY DETENTION CENTER,
JOHN/JANE DOE'S 1-20, in their professional and personal capacity, and
AIR MART INC,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Civil Rights Complaint, "Civil Rights

Complaint with Jury Demand Pursuant to 42 U.S.C.A § 1983, 1985, 1986, and R.S. §

1979, a Motion for Court Appointed Counsel," and a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action.  As part of

the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    _X_    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the court. Only an original has been received.
(9)    ___    other:_____.

**Complaint, Petition or Application:**
(10)    ___    is not submitted
(11)    _X_    is not on proper form (must use the court's current form)
(12)    ___    is missing an original signature by the prisoner
(13)    ___    is missing page nos. ___
(14)    ___    uses et al. instead of listing all parties in caption
(15)    ___    An original and a copy have not been received by the court. Only an original has been received.
(16)    ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    ___    names in caption do not match names in text
(18)    ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _October_ , 2007.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.        07 - CV - 02215 -BNB

Casey B Ferris
JCID # P000979
PO Box 16700
Golden, CO 80402

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on _10|19|07_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk