IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02215-REB-MJW

CASEY B. FERRIS,

    Plaintiff,

v.

JEFFERSON COUNTY,
TED MINKS, Jefferson County Sheriff, in his professional and personal capacity, and
ARAMARK, INC.,

    Defendants.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

    This matter is before me *sua sponte*. On October, 24, 2008, I entered an **Order To Show Cause** [#64], directing plaintiff David Joseph Garcia to show cause in writing on or before November 3, 2008, why his claims against the John and Jane Doe defendants named in the caption should not be dismissed for want of prosecution, failure to effectuate timely service, and/or failure to state claims on which relief may be granted. Plaintiff was granted an extension of time to respond to the show cause order, but as of the date of this Order, he has not done so. Therefore, I find and conclude that the show cause order should be made absolute and that defendant's claims against the John and Jane Doe defendants named in the caption should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Order To Show Cause** [#64], entered October 24, 2008, is **MADE ABSOLUTE**; and

2. That plaintiff's claims against any and all John and Jane Doe defendants are **DISMISSED** for failure to prosecute, failure to effectuate timely service, and failure to state claims on which relief may be granted.

Dated November 26, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**