IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02215-REB-MJW

CASEY B. FERRIS,

    Plaintiff,

v.

JEFFERSON COUNTY,
TED MINKS, Jefferson County Sheriff, in his professional and personal capacity, and
ARAMARK, INC.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendations on (1) Defendants Jefferson County and Jefferson County Sheriff Ted Mink's Motion and Brief To Dismiss (Docket No. 43) and (2) Defendant Aramark Correctional Services, LLC.'s Motion To Dismiss (Docket No. 47)** [#63] filed September 22, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] This standard pertains even though plaintiffs both are proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendations on (1) Defendants Jefferson County and Jefferson County Sheriff Ted Mink's Motion and Brief To Dismiss (Docket No. 43) and (2) Defendant Aramark Correctional Services, LLC.'s Motion To Dismiss (Docket No. 47)** [#63], filed September 22, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants Jefferson County and Jefferson County Sheriff Ted Mink's Combined Motion and Brief To Dismiss** [#43], filed June 23, 2008, is **GRANTED**;

3. That **Defendant Aramark Correctional Services, LLC.'s Motion To Dismiss** [#47], filed July 8, 2008, is **GRANTED**;

4. That plaintiff's claims against defendants are **DISMISSED**;

5. That judgment **SHALL ENTER** on behalf of defendants, Jefferson County, Ted Minks, Jefferson County Sheriff, in his professional and personal capacity, ARAMARK Correctional Services, LLC (identified in the captions variously as Air Mark, Inc. and Airmart, Inc.), and against plaintiffs, Casey B. Ferris and Joseph David Garcia, on all claims for relief and causes of action;

6. That judgment **SHALL ENTER** also on behalf of defendants John & Jane Does (in their professional and personal capacity, 1-20), and against plaintiffs, Casey B. Ferris and David Joseph Garcia, on all claims for relief and causes of action pursuant to my **Order Making Absolute Order To Show Cause** [#69] entered November 26, 2008; and

7.  That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated November 26, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge